UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RICHARD KAPLAN, | : | |
| | : | Civil Action No. 13-2554 (JEI) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this __24th__ day of __July__, 2013,

ORDERED that the Motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), Petitioner having failed to make a substantial showing of the denial of a constitutional right; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

 s/ Joseph E. Irenas
Joseph E. Irenas
United States District Judge